# Mississippi Electronic Courts
## Tenth Circuit Court District (Lauderdale Circuit Court)
### CIVIL DOCKET FOR CASE #: 38CI1:23-cv-00053-cw

| | |
|---|---|
| BARBARA COLE v. WAL-MART STORES EAST, LP et al<br>Assigned to: Charles Wright<br><br>**Upcoming Settings:**<br>None Found | Date Filed: 05/08/2023<br>Current Days Pending: 31<br>Total Case Age: 31<br>Jury Demand: None<br>Nature of Suit: Negligence - General (181) |

**Plaintiff**

| | | |
|---|---|---|
| BARBARA COLE | represented by | **Gerald A. Mumford**<br>Mumford & Mumford, PLLC<br>P. O. Box 683<br>JACKSON, MS 39205<br>601-398-2347<br>Fax: 888-801-9389<br>Email: gmumfordlaw@gmail.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**WAL-MART STORES EAST, LP**
MERIDIAN, MS 000000000

**Defendant**

**JAMES SHEETS**

**Defendant**

**JOHN DOES 1-5**
MERIDIAN, MS 000000000

| Date Filed | # | Docket Text |
|---|---|---|
| 05/08/2023 | 1 | Civil Cover Sheet (RP) (Entered: 05/09/2023) |
| 05/08/2023 | 2 | COMPLAINT (RP) (Entered: 05/09/2023) |
| 05/08/2023 | 3 | SUMMONS Issued to WAL-MART STORES EAST, LP. (RP) (Entered: 05/09/2023) |
| 05/08/2023 | 4 | SUMMONS Issued to JAMES SHEETS. (RP) (Entered: 05/09/2023) |
| 05/09/2023 | 5 | SUMMONS Returned Executed by BARBARA COLE. *Re:* ** 3 SUMMONS Issued to WAL-MART STORES EAST, LP. (RP)** WAL-MART STORES EAST, LP served on 5/9/2023, answer due 6/8/2023. Service type: Personal (Mumford, Gerald) (Entered: 05/09/2023) |

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court — Form AOC/01
Administrative Office of Courts (Rev 2020)

**Court Identification Docket #:** 3 8 | County # | Judicial District | Court ID (CH, CI, CO)
**Case Year:** 2023
**Docket Number:** 053 CW
**Local Docket ID**

**Month/Date/Year:** 05 08 23 — This area to be completed by clerk

Case Number if filed prior to 1/1/94: ____

In the **Circuit** Court of **Lauderdale** County — **10th** Judicial District

### Origin of Suit
- [X] Initial Filing
- [ ] Reinstated
- [ ] Foreign Judgment Enrolled
- [ ] Transfer from Other court
- [ ] Other
- [ ] Remanded
- [ ] Reopened
- [ ] Joining Suit/Action
- [ ] Appeal

### Plaintiff
**Individual:** Last Name: **Cole**   First Name: **Barbara**   Maiden Name: ___   M.I. ___   Jr/Sr/III/IV ___

**Attorney (Name & Address):** Gerald A. Mumford, 820 North Street, Jackson, MS   **MS Bar No.** 101902

Signature of Individual Filing: Gerald A. Mumford

### Defendant
**Business:** Wal-Mart Stores East, L.P.

### Nature of Suit
- [X] Negligence - General

IN THE __Circuit__ COURT OF __Lauderdale__ COUNTY, MISSISSIPPI
__10th__ JUDICIAL DISTRICT, CITY OF __Meridian__

Docket No. __2023__ - __053__ __CW__    Docket No. If Filed
    File Yr   Chronological No.   Clerk's Local ID   Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of __ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**
Individual: __Sheets__  __James__  ( _____ ) _____ _____
    Last Name   First Name   Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

✓ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

Business _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**
Individual: _____  _____  ( _____ ) _____ _____
    Last Name   First Name   Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

Business _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:
   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**
Individual: _____  _____  ( _____ ) _____ _____
    Last Name   First Name   Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
   Estate of _____

___ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:
   D/B/A _____

Business _____
   Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
   D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

# IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

BARBARA COLE            **FILED**            PLAINTIFF

VS.            MAY - 8 2023            CIVIL ACTION NO. 23CV053(cw)

WAL-MART STORES EAST, LP, 
JAMES SHEETS & JOHN DOES 1-5            DEFENDANTS

## COMPLAINT
*Jury Trial Requested*

Plaintiff Barbara Cole by and through her attorney, Gerald A. Mumford, Esquire of Mumford & Mumford, PLLC and brings this Complaint against Wal-Mart Stores East, LP, James Sheets and John Does 1-5 and in support thereof states the following:

1. That the Plaintiff, Barbara Cole is an adult resident citizen of Mississippi who may served through her counsel of record.

2. That the Defendant, Wal-Mart Stores, East, LP is a corporate citizen of the state of Arkansas who is may be served through its agent, CT Corporation System, 645 Lakeland East Dr. Flowood, MS 39232.

3. That the Defendant, James Sheets is an adult resident citizen of the state of Mississippi. His residence is not known at this time. However, he will be served wherever he is found.

4. The Defendants, John Does 1-5, are entities, companies or persons, whose names and whereabouts at this time are unknown to the Plaintiff but may be added at a later date.

## JURISDICTION AND VENUE

5. This civil action arises out of the negligent and gross negligent acts and omissions of the Defendants which were committed in whole or in part in the State of Mississippi against a resident of the state of Mississippi. Thus, this Court has personal jurisdiction over the parties.

6. Venue is proper in the Circuit Court of Lauderdale County, Mississippi, since the cause of action occurred and accrued there.

## FACTS

7. Plaintiff incorporates and restates by reference herein the allegations set forth in Paragraphs 1 through 6.

8. That on or about April 30, 2023, Barbara Cole was shopping in the local Wal-Mart, Neighborhood Store on Highway 39 N near Meridian, Mississippi when she was struck by a floor sweeper machine and severely injured.

9. At all times present, James Sheets was the manager of the subject store. Sheets failed to either properly hire, train or supervise the individual who operated the dangerous machinery. Sheets further failed to implement a safety program and policy for ensuring invittees were safe. In addition, Sheets failed to warn invitees such as Plaintiff that dangers existed on the subject property directly under his control.

## CAUSES OF ACTION

10. The aforementioned occurrence and the resulting injuries and damages were directly and proximately caused by or contributed to by the negligence of the Defendants, including, but not necessarily limited to, direct acts of negligence committed by Defendants' employees which include all allegations hereafter, and in their failure to exercise a proper degree of care in the following respects, to-wit:

    a. By carelessly and/or negligently failing to exercise reasonable care to properly maintain the premises in a reasonably safe condition;

    b. By failing to use reasonable care to adequately warn the Plaintiff of the hazardous condition on the premises;

c. By failing to take sufficient and adequate remedial actions to eliminate the hazardous condition despite having actual and/or constructive knowledge of the hazardous condition prior to the Plaintiff's incident;

d. By failing to adequately inspect and maintain the premises;

e. By negligently creating the hazardous condition;

f. By failing to warn of the hazardous condition;

g. By other acts of negligence which will be shown at the trial of this cause;

h. By negligently failing to make and/or enforce policies and procedures for routine maintenance and inspections of the premises;

i. By negligently failing to properly and adequately train employees which were under its supervision and control concerning proper maintenance and inspection of the premises;

j. By negligently failing to otherwise properly train and supervise employees with respect to proper safety procedures associated with maintaining the Defendants' premises in a reasonably safe manner

k. By negligently failing to properly and adequately train its employees with respect to proper methods to employ in documenting and preserving evidence related to customer incidents.

## PUNITIVE DAMAGES

11. Plaintiffs incorporate and restate by reference herein the allegations set forth in Paragraphs 1 through 10.

12. At all times material hereto, the conduct of Defendants evidenced a willful, wanton and reckless disregard for the safety of Plaintiff and others so as to constitute gross negligence thereby entitling Plaintiff to an award of punitive damages in an amount to be

determined under the law of Mississippi.

## DAMAGES

13. Defendants' breach of the aforementioned duties was a proximate and contributing cause an/or concurrent cause of the incident and the resulting injuries to the Plaintiff.

14. Defendants, due to their willful, wanton, intentional, grossly negligent and reckless conduct and total disregard for the rights of the Plaintiff, are liable for punitive damages in an amount to be determined at the trial of this cause.

15. As a further direct and proximate cause of Defendants' disregard for Plaintiff's safety and well being and other negligent acts, Plaintiff suffered bodily injuries and incurred monetary damages. These damages include, but are not limited to the following:

 a. past/present future medical expenses;

 b. past/present/future physical pain and suffering;

 c. past/present/future mental and emotional distress;

 d. past/present/future impairment and disability;

 e. any other relief, which the Court or jury deems just or appropriate based upon the circumstances;

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully demands a trial by jury and judgment against Defendants for all actual, compensatory, consequential, punitive damages, attorney's fees and incidental damages as well as damages of any other type available at law as determined by the jury..

RESPECTFULLY SUBMITTED, this the 4th day of May, 2023.

BARBARA COLE

By: _Gerald A. Mumford_
GERALD A. MUMFORD, MSB #101902

OF COUNSEL:

MUMFORD & MUMFORD, PLLC
820 North Street
Post Office Box 683
Jackson, Mississippi 39205
Telephone: 601-398-2347
Facsimile: 888-801-9389
gerald@themumfordfirm.com

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

BARBARA COLE                                                                                                    PLAINTIFF

VS.                                                                             CIVIL ACTION NO. 23CV053(cw)

WAL-MART STORES EAST, LP
JAMES SHEETS & JOHN DOES 1-5                                                                   DEFENDANTS

**RULE 4 SUMMONS**

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

TO:   Wal-Mart Stores East, LP
      CT Corporation System
      645 Lakeland East Dr.
      Flowood, MS 39232

**PLEASE TAKE NOTICE** that you have been made a Defendant in the suit filed in this Court by the above stated Plaintiff.

You are required to mail or hand-deliver a written response to the Complaint filed against you in this action to the attorney for Plaintiff, Gerald A. Mumford, Post Office Box 683, Jackson, Mississippi 39205, 601-398-2347.

Your response must be mailed or delivered not later than thirty (30) days after the date you receive this. If your response is not so mailed or delivered, a judgment of default will be entered against you for the relief demanded in the Complaint. You must also file your response with the Clerk of Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 8th day of May, 2023.

Hon. Donna Jill Johnson,
Lauderdale Co. Circuit Clerk

By: ____Rosie Plowman____ D.C.

Issued at the Request:
Gerald A. Mumford, MSB #101902
820 North Street
Jackson, Mississippi 39202
Telephone: 601-398-2347
Facsimile: 888-801-9389

Copy mailed to attorney

IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

BARBARA COLE                                                                              PLAINTIFF

VS.                                                         CIVIL ACTION NO. 23CV053(cw)

WAL-MART STORES EAST, LP
JAMES SHEETS & JOHN DOES 1-5                                                 DEFENDANTS

### RULE 4 SUMMONS

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

TO:   JAMES SHEETS
      (Address Unknown)

**PLEASE TAKE NOTICE** that you have been made a Defendant in the suit filed in this Court by the above stated Plaintiff.

You are required to mail or hand-deliver a written response to the Complaint filed against you in this action to the attorney for Plaintiff, Gerald A. Mumford, Post Office Box 683, Jackson, Mississippi 39205, 601-398-2347.

Your response must be mailed or delivered not later than thirty (30) days after the date you receive this. If your response is not so mailed or delivered, a judgment of default will be entered against you for the relief demanded in the Complaint. You must also file your response with the Clerk of Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 8th day of May, 2023.

Hon. Donna Jill Johnson,
Lauderdale Co. Circuit Clerk

By: /s/ Rosie Glenman                    D.C.

Issued at the Request:

Gerald A. Mumford, MSB #101902
820 North Street
Jackson, Mississippi 39202
Telephone: 601-398-2347
Facsimile: 888-801-9389

*copy mailed to attorney*

## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

BARBARA COLE                                                                           PLAINTIFF

VS.                                                  CIVIL ACTION NO. 23CV053(CW)

WAL-MART STORES EAST, LP
JAMES SHEETS & JOHN DOES 1-5                                                   DEFENDANTS

### RULE 4 SUMMONS

STATE OF MISSISSIPPI
COUNTY OF LAUDERDALE

TO:   Wal-Mart Stores East, LP
      CT Corporation System
      645 Lakeland East Dr.
      Flowood, MS 39232

**PLEASE TAKE NOTICE** that you have been made a Defendant in the suit filed in this Court by the above stated Plaintiff.

You are required to mail or hand-deliver a written response to the Complaint filed against you in this action to the attorney for Plaintiff, Gerald A. Mumford, Post Office Box 683, Jackson, Mississippi 39205, 601-398-2347.

Your response must be mailed or delivered not later than thirty (30) days after the date you receive this. If your response is not so mailed or delivered, a judgment of default will be entered against you for the relief demanded in the Complaint. You must also file your response with the Clerk of Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this the 8th day of May, 2023.

                                Hon. Donna Jill Johnson,
                                Lauderdale Co. Circuit Clerk

                                By: _____ D.C.

Issued at the Request:
Gerald A. Mumford, MSB #101902
820 North Street
Jackson, Mississippi 39202
Telephone: 601-398-2347
Facsimile: 888-801-9389

Copy mailed to attorney

# PROOF OF SERVICE

**Name of Person or Entity Served:** CT Corporation o/b/o Wal-Mart Stores East, LP

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

___ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (*attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B*).

✓ **PERSONAL SERVICE.** I personally delivered copies to Summons & Complaint on the 9th day of May, 2023, where I found said person(s) in Rankin county of the State of MS.

___ **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, _____ (state). I served the summons and complaint on the _____ day of _____, 2023, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ___ day of _____, 2023, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

___ **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. *(Attach signed return receipt or other evidence of actual delivery to the person served.)*

At the time of service I was at least 18 years of age and not a party to this action.

Process server must list below (please print or type):

Name: Gerald A. Mumford
Address: 820 North Street, Jackson, MS 39202
Telephone No.: 601-398-2347

State of MS )
County of Hinds )

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named Gerald A. Mumford who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

Process Server (Signature): Gerald A. Mumford

Sworn to and subscribed before me this the 9th day of May, 2023.

Notary Public: Kaylyn Caston

My Commission Expires: [Seal: KAYLYN CASTON, ID # 290060, Commission Expires March 17, 2025, STATE OF MISSISSIPPI, HINDS COUNTY]