```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION


BARBARA COLE                                               PLAINTIFF

VS.                         CIVIL ACTION NO. 3:23-cv-00369-TSL-MTP

WAL-MART STORES EAST, LP,
JAMES SHEETS & JOHN DOES 1-5                              DEFENDANTS
```

## ORDER

This cause comes before the court sua sponte, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties.

SO ORDERED this 15th day of January, 2025.

                                              /s/ Tom S. Lee_____
                                              UNITED STATES DISTRICT JUDGE