IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BARBARA COLE                                                                                         PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:23-cv-00369-TSL-MTP

WAL-MART STORES EAST, LP,
JAMES SHEETS & JOHN DOES 1-5                                                        DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the ore tenus motion of Plaintiff, Barbara Cole, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendants, Wal-Mart Stores East, LP, and James Sheets, joins this motion, finds that the relief requested is well founded and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this 13th day of March, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

| /s/ Rajita Iyer Moss | /s/ Gerald A. Mumford |
|---|---|
| Thomas M. Louis (MSB #8484) Rajita Iyer Moss (MSB #10518) Wells Marble & Hurst, PLLC P. O. Box 131 Jackson, MS 39205-0131 Attorney for Defendants | Gerald A. Mumford (MSB #101902) Mumford & Mumford, PLLC P. O. Box 683 Jackson, MS 39205 Attorney for Plaintiff |